**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Brayam Garcia Guzman, | |
| Petitioner, | |
| vs. | Case No. 1:26-cv-00100 |
| David Easterwood, et al., | |
| Respondents. | |

## ORDER TRANSFERRING VENUE

[¶1]    THIS MATTER comes before the Court on a Motion to Transfer Venue filed by Petitioner on April 7, 2026. Doc. No. 14. Petitioner requests a transfer back to the District of Minnesota because this Court lacks subject matter jurisdiction over this case.

[¶2]    Based on Petitioner's statements in the Petition, it is clear Petitioner is detained at Freeborn County Jail in Minnesota. See Doc. No. 1, p. 2. Accordingly, this Court lacks subject matter jurisdiction over this case. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies only in one district: the district of confinement."). Since Petitioner is detained in Minnesota, transfer back to the District of Minnesota is appropriate and in the interest of justice. 28 U.S.C. § 1406(a).

[¶3]    Accordingly, this case is **TRANSFERRED** to the United States District Court for the District of Minnesota for all further proceedings and disposition of all remaining motions.

- 2 -

[¶4]    **IT IS SO ORDERED.**

DATED April 9, 2026.

Daniel M. Traynor, District Judge
United States District Court